# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 19-40858
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 7, 2020

Lyle W. Cayce
Clerk

————————

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

MAYRA DANIRA RODRIGUEZ,

Defendant–Appellant.

————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:17-CR-728-9

————————

Before JONES, HIGGINSON, and WILLETT, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Mayra Danira Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.